UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:11CR61-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| ROGER DEAN BAILEY | ) | |

**THIS MATTER** is before the Court on its own motion for purposes of amending its previous Order for Final Determination of Restitution, filed February 27, 2015. (Doc. 31). The Court inadvertently omitted direction concerning the Schedule of Payments for satisfaction of the criminal monetary penalty ordered at sentencing and restitution.

Based on the Government's Motion, the record in this case, and the sentencing materials, including the financial and other information contained in the Presentence Report, and having assessed the Defendant's ability to pay, the Court hereby finds that the following is feasible.

**IT IS, THEREFORE, ORDERED,** that if the Defendant is unable to pay the total monetary penalty immediately, during the period of imprisonment, payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program.

**IT IS FURTHER ORDERED,** that upon release from imprisonment, any remaining balance shall be paid in monthly installments of no less than $50.00 to commence within sixty days, until paid in full. Throughout the period of supervision, the probation officer shall monitor the defendant's economic circumstances and shall report to the Court, with recommendations as warranted, any material changes that affect the Defendant's ability pay any court-ordered penalties or restitution balance.

Signed: March 5, 2015

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge